**Terry COOPER, Plaintiff—Appellant,**

**v.**

**K. MILLER, Sergeant, individually and in his official capacity; Nurse McDougal, individually and in her official capacity; Edward J. Turmell, individually and in his official capacity, Defendants—Appellees.**

No. 08–8466.

United States Court of Appeals, Fourth Circuit.

Submitted: April 20, 2009.

Decided: May 12, 2009.

Terry Cooper, Appellant Pro Se. Edward A. Love, Willcox, Buyck & Williams, PA, Florence, South Carolina, for Appellees.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Cooper appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cooper v. Miller,* No. 3:08–cv–01006–CMC, 2008 WL 4833085 (D.S.C. filed Oct. 31, 2008 & entered Nov. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*